IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01761–EWN–BNB

KINSHASA COOLEY,

    Applicant,

v.

AL ESTEP and
KEN SALAZAR, the Attorney General of the State of Colorado,

    Respondents.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

    This matter is before the court on the "Recommendation of United States Magistrate Judge" filed April 22, 2005, concluding that Applicant's petition for a writ of habeas corpus should be denied. Applicant has objected to the recommendation. The objections repeat and elaborate on the arguments which Applicant developed in his submissions to the magistrate judge. The magistrate judge dealt with all objections, and nothing in the objections persuades the court that his proposed disposition, which the court reviews *de novo*, is wrong. Accordingly, it is

    **ORDERED** as follows:

1. The recommendation is ACCEPTED.
2. The petition is DENIED and the case is DISMISSED.
3. Any other pending motions are DENIED as moot.

DATED this 14th day of December, 2005.

                                                  BY THE COURT:

                                                  s/ Edward W. Nottingham

                                                  EDWARD W. NOTTINGHAM
                                                  United States District Judge