IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01761-EWN-BNB

KINSHASA COOLEY,

      Applicant,

v.

AL ESTEP, and
KEN SALAZAR, The Attorney General of the State of Colorado,

      Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Nottingham, Judge

      Applicant has filed a notice of appeal from this court's final order denying her Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this 13th day of March, 2006.

      BY THE COURT:

      s/ Edward W. Nottingham
      JUDGE, UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLORADO