IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01761-EWN-BNB

KINSHASA COOLEY,

Applicant,

v.

AL ESTEP, Warden and
KEN SALAZAR, Attorney General of the State of Colorado,

Respondents.

_____

**ORDER**
_____

This matter is before me on the petitioner's **Motion to Review the State Record** [Doc. #63, filed July 28, 2006] (the "Motion").  The petitioner seeks access to the state trial transcripts "for the purpose of being able to cite to portions of the record for purposes of appeal [] in case [] this Court rules against him . . . ."  The Motion is denied as premature.

The petitioner, in the event the Court finds that his Motion is premature, "requests that this Court wait to rule on this motion until it is ripe for review."  The petitioner's request is denied.  The petitioner may reassert his request, if necessary, after disposition of his case.

IT IS ORDERED that the Motion is DENIED as premature.

Dated September 11, 2006.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge