IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01761-EWN-BNB

KINSHASA COOLEY,

Applicant,

v.

AL ESTEP, Warden and
KEN SALAZAR, Attorney General of the State of Colorado,

Respondents.
_____

## ORDER FOR STATE COURT RECORD
_____

This matter is before me on the **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** (the "Application"), filed by Kinshasa Cooley (the "petitioner") on September 11, 2003.

IT IS ORDERED that, on or before **October 30, 2006**, the respondents shall submit to the Court the petitioner's entire state court record, including any post-conviction proceedings that underlie the Application.

Dated September 11, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge