IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01761-EWN-BNB

KINSHASA COOLEY,

Applicant,

v.

AL ESTEP, Warden and
KEN SALAZAR, Attorney General of the State of Colorado,

Respondents.

_____

**ORDER**
_____

This matter is before me on the petitioner's **Motion to Include State Trial Record and All Motions Filed During Remand in the Record on Appeal** [Doc. #72, filed 9/26/06] (the "Motion"). The petitioner requests that the state trial record be included in the record on appeal, if an appeal is necessary in this case.

IT IS ORDERED that the Motion is DENIED as premature.

Dated May 18, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge