IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 03-cv-01761-CMA-BNB

KINSHASA COOLEY,

    Plaintiff,

v.

AL ESTEP, Warden, and
KEN SALAZAR, Attorney General of the State of Colorado,

    Defendants.

**ORDER ADOPTING AND AFFIRMING DECEMBER 5, 2008 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the recommendations by the Magistrate Judge that Plaintiff's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 be denied.

Plaintiff has objected to these recommendations. In light of the objections, the Court has conducted the requisite *de novo* review of the issues, the recommendations and Plaintiff's objections. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analyses and recommendations are correct. Accordingly,

IT IS ORDERED that the December 5, 2008 Recommendation of United States Magistrate Judge (Doc. # 83) is ACCEPTED and, for the reasons cited therein,

Plaintiff's Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. # 3, filed September 11, 2003) is DENIED.

IT IS FURTHER ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

DATED:  July   13  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge