IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

CIVIL ACTION NO. 03-cv-01761-CMA-BNB

KINSHASA COOLEY,

    Petitioner,

vs.

AL ESTEP, Warden, and
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this  25th  day of March, 2010.

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge