FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 03-cv-01761-CMA-BNB

KINSHASA COOLEY,

    Petitioner,

vs.

AL ESTEP, Warden, and
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __25th__ day of March, 2010.

                      BY THE COURT:

                      *(signature)*

                      CHRISTINE M. ARGUELLO
                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 03-cv-01761 CMA-BNB

Adams County District Court
Adams County Justice Center
1100 Judicial Center Dr.
Brighton, CO 80601

Kinshasa Cooley
# 86284
LCF
Limon Correctional Facility
49030 State Hwy 71
Limon, CO 80826

John Jacob Fuerst, III - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 3/29/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk